UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID D. BUTLER,

                Plaintiff,

    v.

EBRIMA CEESAY, et al.,

                Defendant.

Case No. C25-1921-BHS-SKV

ORDER RE: MOTION TO ADD EXHIBIT #1

       Plaintiff, who proceeds pro se and *in forma pauperis* in this 42 U.S.C. § 1983 civil rights action, filed a Motion to Add Exhibit # 1. Dkt. 10. The Court, having considered the motion, herein finds and ORDERS:

       (1)    Plaintiff seeks to file a document from the Office of the Corrections Ombuds, which he says "speaks for itself." Dkt. 10. In so doing, it appears Plaintiff seeks to add evidence to the record before the Court. However, evidence may not be randomly submitted to the Court. There must instead be some context for consideration of the proffered evidence. Typically, evidence is submitted to the Court in support of, or in opposition to, a pending motion. The evidence submitted by Plaintiff is untethered to any separate pending motion and is therefore not properly before the Court at this time. Accordingly, Plaintiff's Motion to Add Exhibit # 1, Dkt.

ORDER RE: MOTION TO ADD EXHIBIT #1 - 1

1  10, is DENIED, and the attached exhibit is STRICKEN from the record. Assuming there is an

2  appropriate context in which to do so, such as in support of, or in opposition to, a motion for

3  summary judgment, Plaintiff may resubmit the exhibit at a later time.

4      (2)    The Clerk is directed to send copies of this Order to the parties.

5  Dated this 2nd day of December, 2025.

                                    *S. Kate Vaughan* (signature)

S. KATE VAUGHAN
United States Magistrate Judge

ORDER RE: MOTION TO ADD EXHIBIT #1 - 2