UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID D. BUTLER,

                Plaintiff,

    v.

EBRIMA CEESAY, et al.,

                Defendants.

Case No. C25-1921-BHS-SKV

ORDER RE:  PENDING MOTIONS

There are two pending motions in this 42 U.S.C. § 1983 civil rights action.  Defendants filed a Motion for Summary Judgment.  Dkt. 19.  Plaintiff, who proceeds pro se and *in forma pauperis* and is currently incarcerated at the Monroe Correctional Complex, filed a motion seeking an extension of time.  Dkt. 22.  The Court, having considered these motions and the remainder of the record, herein finds and ORDERS:

(1)    Both pending motions relate to discovery.  Defendants seek dismissal of this case due to Plaintiff's failure to seek any discovery prior to the February 2, 2026, discovery deadline.  *See* Dkt. 19.  Plaintiff seeks an extension of time to conduct discovery, asserting that his physical and mental health conditions interfered with his ability to act in this case.  *See* Dkt. 22.  He asks that the Court grant an extension of at least sixty to ninety days past anticipated surgical

ORDER RE:  PENDING MOTIONS - 1

procedures and the stabilization of his mental health. *See id.* Defendants did not respond to Plaintiff's motion.

The Court finds an extension of the discovery deadline warranted. Accordingly, the Court GRANTS Plaintiff's motion requesting an extension, Dkt. 22, and STRIKES without prejudice to re-filing Defendant's Motion for Summary Judgment, Dkt. 19. Discovery in this matter shall be completed by **July 6, 2026**, and any dispositive motions shall be filed by **August 5, 2026**.

(2)     The Clerk is directed to send copies of this Order to the parties.

Dated this 10th day of April, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER RE:  PENDING MOTIONS - 2