UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID D. BUTLER,

Plaintiff,

v.

EBRIMA CEESAY, et al.,

Defendants.

CASE NO. C25-1921-BHS-SKV

ORDER SETTING TRIAL DATE AND RELATED DATES

Having reviewed the Joint Status Report and Discovery Plan submitted by the parties, the Court hereby sets this case for trial before the Honorable Benjamin H. Settle and orders the following pretrial schedule:

| **Event** | **Date** |
|---|---|
| JURY TRIAL SET FOR 9:00 a.m. on | **10/5/2027** |
| Length of trial | 7 days |
| Deadline for joining parties | 9/21/2026 |
| Deadline for amending pleadings | 10/1/2026 |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 3/29/2027 |

| | |
|---|---|
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | 4/28/2027 |
| All motions related to discovery must be filed by this date and noted for consideration no earlier than 21 days from the date of filing (see LCR 7(d)(3)) or pursuant to LCR 37(a)(2) | 5/10/2027 |
| Discovery to be completed by | 6/7/2027 |
| All dispositive motions must be filed by this date and noted for consideration no earlier than 28 days after filing (see LCR 7(d)(4)) | 6/7/2027 |
| Settlement Conference per LCR 39.1(c)(2) held no later than | 7/6/2027 |
| Mediation per LCR 39.1(c) held no later than | 8/5/2027 |
| All motions in limine must be filed by this date and any opposition must be filed and received by the moving party no later than 6 days prior to the pretrial conference (see LCR 7(d)(5) | 8/30/2027 |
| Agreed LCR 16.1 Pretrial Order due | 9/13/2027 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, deposition designations, and exhibits due by this date; Counsel are to confer and indicate with their submissions which exhibits are agreed to | 9/14/2027 |
| Pretrial conference set for 1:30 p.m. on | 9/20/2027 |

The dates set forth in this order are firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

If the trial date assigned to this matter creates an irreconcilable conflict, counsel must notify Deputy Clerk, Mary Trent, in writing within ten (10) days of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver.

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

**PROCEDURAL INFORMATION**

The parties and counsel are encouraged to advise the Court of their pronouns and honorifics (such as Ms., Mx., or Mr.,) and may do so in signature lines or by advising the in-court deputy clerk before a hearing begins, either via email or in person.

The Court encourages opportunities for junior attorneys and Rule 9 licensed legal interns (accompanied and supervised by a more experienced attorney) to appear and argue in Court. Requests for leave for Rule 9 interns to argue in Court will be freely granted, and the Court may permit multiple attorneys to argue for one party if this creates an opportunity for junior attorneys to participate.

Judge Vaughan does not automatically schedule oral argument upon request. The parties will be contacted if, after reviewing the briefing, Judge Vaughan believes oral argument will be helpful in resolving the motion.

All counsel and unrepresented parties should review Judge Vaughan's web page for further procedural information applicable to cases before Judge Vaughan. Judge Vaughan's web page, in addition to the Local Rules, Electronic Filing Procedures for Civil and Criminal Cases, court forms, instruction sheets, and General Orders, can be found on the Court's website at www.wawd.uscourts.gov.

**COOPERATION**

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Judge Vaughan strongly encourages parties to make every effort to resolve discovery disputes without the Court's intervention. The Court strictly construes the meet and confer

requirements. To the extent motions practice is necessary, Judge Vaughan encourages parties to take advantage of the expedited discovery dispute procedures described in Local Civil Rule 37(a)(2). This approach may resolve the dispute in an expedient manner and avoid the extra costs associated with motions practice. The moving party must make reasonable efforts to have all parties to the discovery dispute participate in contacting the Court to request a telephonic motion. *See* Local Civil Rule 7(i). Counsel may contact Stefanie Prather, Courtroom Deputy, by email at stefanie_prather@wawd.uscourts.gov or by telephone at (206) 370-8420 to arrange a telephone conference with the Court.

Counsel are also directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as ordered below.

**SETTLEMENT**

If this case settles, plaintiff's counsel shall notify Stefanie Prather at (206) 370-8420 or via email at: Stefanie_Prather@wawd.uscourts.gov, as soon as possible. Pursuant to LCR11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate. The Clerk is directed to send copies of this Order to all parties of record.

Dated this 24th day of August, 2026.

S. KATE VAUGHAN
United States Magistrate Judge