HONORABLE JUDGE BENJAMIN H. SETTLE
HONORABLE S. KATE VAUGHAN

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| DAVID D. BUTLER,<br><br>Plaintiff,<br><br>v.<br><br>EBRIMA CEESAY, ALEC VALENCIA-GOTTS, DANIEL KIRK, and EDGAR RUVALCABA, et al.,<br><br>Defendants. | NO. C25-1921-BHS-SKV<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES<br><br>NOTE ON MOTION CALENDAR: October 8, 2026 |

**STIPULATED MOTION**

The Plaintiff, David Butler, by and through his attorney, Heather Kelly, and the Defendants, by and through their attorney, Andrew Stashefsky, Assistant Attorney General, hereby respectfully move the Court for a stipulated Order to extend the deadline for amending pleadings from October 1, 206 to October 9, 2026.

**MEMORANDUM**

On August 24, 2026, this Court entered a Scheduling Order specifying that pleadings should be amended by October 1, 2026. Dkt. 37. Plaintiff's counsel filed a Notice of Appearance on July 15, 2026. Dkt. 28. Additional time was needed to for Plaintiff's counsel to review the case, consult with Plaintiff, and draft an Amended Complaint. Based on the foregoing, good cause is shown for these scheduling changes.



LAW OFFICE OF HEATHER KELLY
Box No. 30005
8306 Greenwood Ave. N.
Seattle, WA 98113
PHONE: (415) 516-1201

## CONCLUSION

For the reasons above the parties respectfully request this Court grant their stipulated motion for an Order to extend the deadline for amending the pleadings from October 1, 2026, to October 9, 2026.

RESPECTFULLY SUBMITTED this 8th day of October, 2026.

By: Attorney for Plaintiff

s/Heather Kelly
HEATHER KELLY, WSBA # 51929
Law Offices of Heather Kelly
Box No. 30005
8306 Greenwood Ave. N.
Seattle, WA 98133
Phone: 415-516-1201
hkellylaw@gmail.com

Attorneys for Defendants

NICHOLAS W. BROWN
Attorney General

______________________________
ANDREW STASHEFSKY, WSBA No. 56519
Assistant Attorney General
Torts Division
P.O. Box 40126
Olympia, WA 98504-0125
(360) 586-6300
Andrew.Stashefsky@atg.wa.gov

/ / /

/ / /

/ / /

**[~~PROPOSED~~] ORDER**

Based upon the stipulation of the parties, as described above, the Court herby **Orders**:

(1) The parties' Stipulated Motion for Extension of Deadlines, Dkt. 40, is **GRANTED**;

(2) This Court's August 24, 2026, Scheduling Order, Dkt. 37, is hereby **MODIFIED**, as follows: All pleadings shall be amended, filed, and served by **October 9, 2026**.

DATED this 8th day of October, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

s/Heather Kelly
Heather Kelly, WSBA No. 51929
Attorney for Plaintiff

NICHOLAS W. BROWN
Attorney General

ANDREW STASHEFSKY, WSBA No. 56519
Assistant Attorney General
Attorney for Defendants



LAW OFFICE OF HEATHER KELLY
Box No. 30005
8306 Greenwood Ave. N.
Seattle, WA 98113
PHONE: (415) 516-1201